**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1530**

GETSIE KIRUBA DIAMOND,

                Plaintiff - Appellant,

        v.

BON SECOURS HOSPITAL,

                Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   William D. Quarles, Jr., District Judge.  (1:07-cv-02901-WDQ)

Submitted: February 22, 2010          Decided:  March 9, 2010

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Getsie Kiruba Diamond, Appellant Pro Se.   Darren M. Creasy, Sidney R. Steinberg, POST & SCHELL, PC, Philadelphia, Pennsylvania, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Getsie Kiruba Diamond appeals the district court's order granting summary judgment in favor of her former employer in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Diamond v. Bon Secours Hosp., No. 1:07-cv-02901-WDQ (D. Md. Apr. 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED